UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ANTHONY REYNA,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT KARMA, LLC,<br><br>Defendant. | Case No. 26-cv-00019-JST<br><br>**ORDER DISMISSING CASE**<br>Re: ECF No. 9 |

On January 1, 2026, Pro Se Plaintiff Joseph Reyna filed a complaint seeking declaratory and injunctive relief compelling Defendant Credit Karma, LLC, to preserve certain electronically stored information relevant to Reyna's anticipated consumer-protection claims. ECF No. 1. The Court screened his complaint under 28 U.S.C. § 1915(e). ECF No. 6. Because Reyna had neither actually stated any consumer-protection claims nor justified a pre-complaint court order for perpetuation of evidence under Federal Rule of Civil Procedure 27, the Court dismissed the complaint with leave to amend. *Id*.

Reyna shortly filed a first amended complaint, bringing a single claim under the Fair Credit Reporting Act ("FCRA"). ECF No. 7. The Court again dismissed, this time because Reyna had not alleged that Credit Karma was a "credit reporting agency" subject to the coverage of FCRA. ECF No. 9 at 2. Reyna had also not adequately alleged that Credit Karma failed to "follow reasonable procedures to assure maximum possible accuracy" of the information it provides, as his claim required him to do. *Id*. at 2 –3. Although "skeptical that Reyna [could] plausibly allege" his claims, the Court again granted leave to amend within 28 days of the entry of the dismissal order. *Id*. at 3.

Twenty-eight days elapsed on April 8, 2026 and Reyna filed no amended complaint. In

light of his failure to do so and the Court's prior conclusion that he was "unlikely to be able to cure [the] defects" identified, the case is now dismissed with prejudice.  The Clerk shall enter judgment and close the docket.

**IT IS SO ORDERED.**

Dated:  July 6, 2026



JON S. TIGAR
United States District Judge

United States District Court
Northern District of California

2