UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH ANTHONY REYNA,
Plaintiff,

v.

CREDIT KARMA, LLC,
Defendant.

Case No. 26-cv-00019-JST

**ORDER GRANTING RELIEF FROM THE JUDGMENT**

Re: ECF No. 14

Before the Court is Pro Se Plaintiff Joseph Reyna's motion for relief from the judgment. A party may file a motion to alter or amend a judgment no later than 28 days after the entry of judgment. Fed. R. Civ. P. 59(e). Moreover, a party may seek relief from a final judgment because of several enumerated reasons including "mistake, inadvertence, surprise, or excusable neglect"; newly discovered evidence; fraud, misrepresentation, or misconduct by the opposing party; or "any other reason that justifies relief." Fed. R. Civ. P. 60(b).

On March 11, 2026, the Court screened and dismissed Reyna's first amended complaint, granting him 28 days to file a second amended complaint. ECF No. 9. That time frame passed on April 8, 2026 and no second amended complaint was ever filed, leading the Court to dismiss the case with prejudice on July 6, 2026. ECF No. 12. In his motion for relief from the judgment, Reyna states that he failed to file an amended complaint because of logistical issues affecting his receipt of mail, attributable in part to his current housing insecurity. ECF No. 14 at 2, 5–6. In light of these difficulties, the Court grants Reyna's motion. The order dismissing the case and the clerk's judgment, ECF Nos. 12, 13, are hereby vacated. Reyna is granted leave to file a second amended complaint within 28 days of the date of this order. Failure to do so—or failure to address the pleading deficiencies identified by the Court's prior orders—will result in dismissal of the case

United States District Court
Northern District of California

United States District Court
Northern District of California

with prejudice.

**IT IS SO ORDERED.**

Dated: July 28, 2026

JON S. TIGAR
United States District Judge